# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA,<br><br>*Plaintiff*,<br><br>v.<br><br>KBE BUILDING CORPORATION,<br><br>*Defendant*. | Civil Action No. 3:22-CV-00677 (SRU)<br><br><br><br><br><br>August 14, 2024 |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action, with each party bearing its own costs and attorneys' fees, and waiving all rights of appeal. The parties agree that this dismissal is with prejudice as to all claims asserted in this action but shall have no precedential effect if any other disputes arise between the parties.

| PLAINTIFF, SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA | DEFENDANT, KBE CORPORATION |
|---|---|
| By  */s/ Joseph K. Scully* | By  */s/ Jack G. Steigelfest* |
| Joseph K. Scully (ct26541)<br>Jason E. Rusche (ct30922)<br>Day Pitney LLP<br>242 Trumbull Street<br>Hartford, CT 06103<br>Tel.: (860) 275-0135<br>Fax: (860) 881-2478<br>jkscully@daypitney.com | Jack G. Steigelfest (ct05733)<br>Howard, Kohn, Sprague &<br>FitzGerald LLP<br>P.O. Box 261798<br>Hartford, Connecticut 06126-1798<br>Tel: (860) 525-3101<br>Fax: (860) 247-4201<br>jgs@hksflaw.com |
| *Its Attorneys* | *Its Attorneys* |

-2-

## CERTIFCATE OF SERVICE

      I hereby certify that, on August 14, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Joseph K. Scully*
                                                Joseph K. Scully (ct26541)